UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWINA BOUDREAUX, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **A PLUS PERSONAL HOME CARE, INC., ET AL.** | **NO. 22-00679-BAJ-SDJ** |

### ORDER

Considering Plaintiffs' **Notice Of Settlement (Doc. 18)**, which reflects that the parties have reached a compromise and settlement of all claims in this matter, and advises that Plaintiffs' anticipate filing a motion to dismiss within 30 days,

**IT IS ORDERED** that this action is **DISMISSED**, without prejudice to the right, upon good cause shown, within 30 days, to reopen the action, if the settlement is not perfected.

**IT IS FURTHER ORDERED** that upon perfection of settlement, Plaintiffs shall immediately file a notice of dismissal consistent with the requirements of Fed. R. Civ. P. 41(a).

Baton Rouge, Louisiana, this 27th day of March, 2023

_____
**JUDGE BRIAN A. JACKSON**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**