# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **EDWINA BOUDREAUX, ET AL.** | **CIVIL ACTION** |
| **VERSUS** | |
| **A PLUS PERSONAL HOME CARE, INC., ET AL.** | **NO. 22-00679-BAJ-SDJ** |

## JUDGMENT

Considering Plaintiffs' **Motion To Dismiss Pursuant To Fed. R. Civ. P. 41(a)(2) (Doc. 21)**, which the Court construes as a self-effectuating notice of dismissal dismissing the above captioned action with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i),

**IT IS ORDERED, ADJUDGED, AND DECREED** that the above-captioned action be and is hereby **DISMISSED WITH PREJUDICE**, each party to bear its own costs.

Baton Rouge, Louisiana, this 6th day of November, 2023

_____
**JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA**